IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ATLANTIC STATES INSURANCE
COMPANY,

    Plaintiff,

v.

BULLDAWGS TOTAL LAWN CARE,
INC.; DUSTIN MICHAEL VANHOUSE;
BRAD HOGSED; and JENNIFER
HOGSED,

    Defendants.

CV 118-004

**O R D E R**

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 58.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Parties' pending motions: (1) Plaintiff's motion for summary judgment (Doc. 40); (2) Defendants Brad Hogsed and Jennifer Hogsed's motion to stay (Doc. 45); and (3) Defendants Bulldawgs Total Lawn Care, Inc. and Dustin Michael Vanhouse's motion to stay (Doc. 46) are **DENIED AS MOOT**. The Clerk is directed to **TERMINATE** all other motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA